IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ARTHUR ANTHONY DELBIANCO ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 17-13227-ELF |
| **Moving Party** ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| ARTHUR ANTHONY DELBIANCO ) | HEARING DATE: **12-19-19 at 11:00 AM** |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about January 28, 2020 in the above matter (Doc. # 63) is **APPROVED**.

Date:  2/3/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**