United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arthur Anthony Delbianco  
    Debtor

Case No. 17-13227-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Feb 03, 2020  
                 Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2020.
```
db             +Arthur Anthony Delbianco,    227 Sycamore Court,    Wind Gap, PA 18091-9526
cr             +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr             +U.S. Bank Trust National Association, as Trustee f,    c/o Stern & Eisenberg,
                 1581 Main Street, Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2020 03:53:17      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:
```
              J. ZAC CHRISTMAN    on behalf of Debtor Arthur Anthony Delbianco zac@fisherchristman.com,
               office@fisherchristman.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    Dovenmuehle Mortgage, Inc. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2019-PM12 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS A. CAPEHART    on behalf of Creditor    SANTANDER BANK, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                            TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ARTHUR ANTHONY DELBIANCO ) **Debtor(s)** ) ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) **Moving Party** ) v. ) ) | CASE NO. 17-13227-ELF 11 U.S.C. 362 |
| ARTHUR ANTHONY DELBIANCO ) **Respondent(s)** ) ) | HEARING DATE: **12-19-19 at 11:00 AM** |
| SCOTT F. WATERMAN ) **Trustee** ) ) _____ ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about January 28, 2020 in the above matter (Doc. # 63) is **APPROVED**.

Date: 2/3/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**