| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-13227-PMM

ARTHUR ANTHONY DELBIANCO  
227 SYCAMORE COURT  
WIND GAP  PA    18091

Petition Filed Date: 05/04/2017  
341 Hearing Date: 06/27/2017  
Confirmation Date: 04/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $850.00 | | 03/18/2019 | $1,010.00 | Automatic Paym | 04/15/2019 | $1,010.00 | Automatic Paym |
| 06/13/2019 | $1,010.00 | Automatic Paym | 07/16/2019 | $2,020.00 | Automatic Paym | 08/15/2019 | $1,010.00 | Automatic Paym |
| 09/16/2019 | $1,010.00 | Automatic Paym | 10/16/2019 | $1,010.00 | | 11/18/2019 | $1,010.00 | |
| 12/16/2019 | $1,010.00 | | 01/15/2020 | $1,010.00 | | 02/18/2020 | $1,010.00 | |
| 03/16/2020 | $1,010.00 | | 04/15/2020 | $1,010.00 | | 05/18/2020 | $1,010.00 | |
| 06/15/2020 | $1,010.00 | | 07/15/2020 | $1,010.00 | | | | |

**Total Receipts for the Period: $18,020.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,470.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $11,777.47 | $5,989.82 | $5,787.65 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $1,274.29 | $648.09 | $626.20 |
| 3 | DOVENMUEHLE<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $3,314.89 | $3,314.89 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $100.54 | $48.86 | $51.68 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $4,066.45 | $2,068.13 | $1,998.32 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $823.12 | $418.62 | $404.50 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $7,147.13 | $3,634.90 | $3,512.23 |
| 1 | SANTANDER CONSUMER USA<br>»» 001 | Secured Creditors | $7.20 | $7.20 | $0.00 |
| 5 | SELECT PORTFOLIO SERVICING<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US BANK NA<br>»» 002 | Unsecured Creditors | $15,272.94 | $7,767.55 | $7,505.39 |
| 11 | J ZAC CHRISTMAN ESQ<br>»» 011 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 17-13227-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,470.00 | Current Monthly Payment: | $1,010.00 |
| Paid to Claims: | $26,898.06 | Arrearages: | $1,010.00 |
| Paid to Trustee: | $2,569.69 | Total Plan Base: | $51,982.26 |
| Funds on Hand: | $2.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.