| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-13227-PMM**

ARTHUR ANTHONY DELBIANCO
227 SYCAMORE COURT
WIND GAP  PA    18091

Petition Filed Date: 05/04/2017
341 Hearing Date: 06/27/2017
Confirmation Date: 04/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $1,010.00 | | 02/18/2020 | $1,010.00 | | 03/16/2020 | $1,010.00 | |
| 04/15/2020 | $1,010.00 | | 05/18/2020 | $1,010.00 | | 06/15/2020 | $1,010.00 | |
| 07/15/2020 | $1,010.00 | | 08/17/2020 | $1,010.00 | | 09/15/2020 | $1,010.00 | |
| 10/16/2020 | $1,010.00 | | 11/17/2020 | $1,010.00 | | 12/15/2020 | $1,010.00 | |
| 01/15/2021 | $1,010.00 | | 02/16/2021 | $1,010.00 | | 03/15/2021 | $1,010.00 | |
| 04/15/2021 | $1,010.00 | | 05/17/2021 | $1,010.00 | | | | |

**Total Receipts for the Period: $17,170.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $39,570.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $11,777.47 | $8,697.42 | $3,080.05 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $1,274.29 | $941.04 | $333.25 |
| 3 | DOVENMUEHLE<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $3,314.89 | $3,314.89 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $100.54 | $64.97 | $35.57 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $4,066.45 | $3,002.99 | $1,063.46 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $823.12 | $607.86 | $215.26 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $7,147.13 | $5,278.00 | $1,869.13 |
| 1 | SANTANDER CONSUMER USA<br>»» 001 | Secured Creditors | $7.20 | $7.20 | $0.00 |
| 5 | SELECT PORTFOLIO SERVICING<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US BANK NA<br>»» 002 | Unsecured Creditors | $15,272.94 | $11,278.76 | $3,994.18 |
| 11 | J ZAC CHRISTMAN ESQ<br>»» 011 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 17-13227-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,570.00 | Current Monthly Payment: | $1,010.00 |
| Paid to Claims: | $36,193.13 | Arrearages: | $1,010.00 |
| Paid to Trustee: | $3,367.59 | Total Plan Base: | $51,982.26 |
| Funds on Hand: | $9.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.