## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **ARTHUR ANTHONY DELBIANCO,** | : | **Chapter 13** |
| aka Arthur A. Delbianco, aka | : | Case No. **17-bk-13227-pmm** |
| Arthur Delbianco, | : | Compensation & Expenses |
| Debtor | : | |

### ORDER GRANTING
### SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTOR
### FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor for Services Performed after Confirmation of Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor for Services Performed after Confirmation of Chapter 13 Plan is GRANTED. It is further **ORDERED** that Compensation and Reimbursement requested by Attorneys for Debtors hereby APPROVED, and Compensation of **$ 1,000** for post-confirmation services, and reimbursement of $ **0** in expenses is hereby awarded to Attorneys for Debtor as an administrative claim. It is further ORDERED that the Trustee be and is hereby authorized to distribute **$ 1,000** to J. ZAC CHRISTMAN, ESQUIRE.

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**