**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **ARTHUR ANTHONY DELBIANCO,** | : | **Chapter 13** |
| aka Arthur A. Delbianco, aka | : | Case No. **17-bk-13227-pmm** |
| Arthur Delbianco, | : | Motion to Modify Plan |
| Debtor | : | **Hearing Date: July 15, 2021, 10 a.m.** |
| | : | 4th Floor Courtroom, The Gateway Building |
| | : | 201 Penn Street |
| | : | Reading, PA, 19601 |

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

AND NOW, upon consideration of Debtor's Motion to Modify Confirmed Plan, Third Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Motion to Modify Confirmed Plan is GRANTED; and it is further **ORDERED** that the Third Amended Chapter 13 Plan is CONFIRMED.

_/s/ Patricia M. Mayer/_
_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**

**Date: July 15, 2021**