United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 17-13227-pmm

Arthur Anthony Delbianco                                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                            User: admin                                                  Page 1 of 2
Date Rcvd: Jul 16, 2021                                   Form ID: pdf900                                           Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Anthony Delbianco, 227 Sycamore Court, Wind Gap, PA 18091-9526 |
| cr |   | Santander Bank, N.A., Brock and Scott, PLLC, 610 Old York Road, Suite 400, Jenkintown, PA 19046 |
| cr | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | U.S. Bank Trust National Association, as Trustee f, c/o Stern & Eisenberg, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021                                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

**Name                        Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

J. ZAC CHRISTMAN
    on behalf of Debtor Arthur Anthony Delbianco zac@fisherchristman.com  office@fisherchristman.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 16, 2021 | Form ID: pdf900 | Total Noticed: 5

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MARIO J. HANYON
    on behalf of Creditor Dovenmuehle Mortgage  Inc. wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM12 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS A. CAPEHART
    on behalf of Creditor SANTANDER BANK  N.A. JKacsur@grossmcginley.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor SANTANDER BANK  N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **ARTHUR ANTHONY DELBIANCO,** | : | **Chapter 13** |
| aka Arthur A. Delbianco, aka | : | Case No. **17-bk-13227-pmm** |
| Arthur Delbianco, | : | Compensation & Expenses |
| Debtor | : | |

**ORDER GRANTING**

**SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTOR
FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor for Services Performed after Confirmation of Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor for Services Performed after Confirmation of Chapter 13 Plan is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by Attorneys for Debtors hereby APPROVED, and Compensation of **$ 1,000** for post-confirmation services, and reimbursement of $ **0** in expenses is hereby awarded to Attorneys for Debtor as an administrative claim.  It is further ORDERED that the Trustee be and is hereby authorized to distribute **$ 1,000** to J. ZAC CHRISTMAN, ESQUIRE.

**Date: July 16, 2021**

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**