Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 17-13227-PMM**

ARTHUR ANTHONY DELBIANCO  
227 SYCAMORE COURT  
WIND GAP  PA    18091

Petition Filed Date: 05/04/2017  
341 Hearing Date: 06/27/2017  
Confirmation Date: 04/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/15/2021 | $1,010.00 | | 05/17/2021 | $1,010.00 | | 06/22/2021 | $384.00 | |
| 07/22/2021 | $384.00 | | 08/23/2021 | $384.00 | | 09/22/2021 | $384.00 | |
| 10/22/2021 | $384.00 | | 11/22/2021 | $384.00 | | 12/22/2021 | $384.00 | |
| 01/25/2022 | $384.00 | | 02/23/2022 | $384.00 | | 03/22/2022 | $384.00 | |
| 04/25/2022 | $384.00 | | 05/23/2022 | $384.00 | | 06/24/2022 | $384.00 | |
| 07/25/2022 | $384.00 | | | | | | | |

**Total Receipts for the Period: $7,396.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $44,946.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $11,777.47 | $9,734.20 | $2,043.27 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $1,274.29 | $1,053.23 | $221.06 |
| 3 | DOVENMUEHLE<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $3,314.89 | $3,314.89 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $100.54 | $80.47 | $20.07 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $4,066.45 | $3,360.95 | $705.50 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $823.12 | $680.34 | $142.78 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $7,147.13 | $5,907.16 | $1,239.97 |
| 1 | SANTANDER CONSUMER USA<br>»» 001 | Secured Creditors | $7.20 | $7.20 | $0.00 |
| 5 | SELECT PORTFOLIO SERVICING<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US BANK NA<br>»» 002 | Unsecured Creditors | $15,272.94 | $12,623.26 | $2,649.68 |
| 11 | J ZAC CHRISTMAN ESQ<br>»» 011 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

**Chapter 13 Case No. 17-13227-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,946.00 | Current Monthly Payment: | $384.00 |
| Paid to Claims: | $40,761.70 | Arrearages: | $384.00 |
| Paid to Trustee: | $3,828.39 | Total Plan Base: | $52,626.00 |
| Funds on Hand: | $355.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.