| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 17-13227-PMM

ARTHUR ANTHONY DELBIANCO　　　　　　　　　　　　　　　　　Petition Filed Date: 05/04/2017
227 SYCAMORE COURT　　　　　　　　　　　　　　　　　　　　　341 Hearing Date: 06/27/2017
WIND GAP  PA    18091　　　　　　　　　　　　　　　　　　　　　Confirmation Date: 04/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $384.00 | | 09/22/2022 | $384.00 | | 10/24/2022 | $384.00 | |
| 11/22/2022 | $384.00 | | 12/22/2022 | $384.00 | | 01/24/2023 | $384.00 | |
| 02/23/2023 | $384.00 | | 03/22/2023 | $384.00 | | 04/24/2023 | $384.00 | |
| 05/22/2023 | $384.00 | | 06/23/2023 | $384.00 | | 07/24/2023 | $384.00 | |

**Total Receipts for the Period: $4,608.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $49,554.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $11,777.47 | $10,964.82 | $812.65 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $1,274.29 | $1,175.36 | $98.93 |
| 3 | DOVENMUEHLE<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $3,314.89 | $3,314.89 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $100.54 | $80.47 | $20.07 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $4,066.45 | $3,785.86 | $280.59 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $823.12 | $766.35 | $56.77 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $7,147.13 | $6,653.97 | $493.16 |
| 1 | SANTANDER CONSUMER USA<br>»» 001 | Secured Creditors | $7.20 | $7.20 | $0.00 |
| 5 | SELECT PORTFOLIO SERVICING<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US BANK NA<br>»» 002 | Unsecured Creditors | $15,272.94 | $14,219.10 | $1,053.84 |
| 11 | J ZAC CHRISTMAN ESQ<br>»» 011 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

**Chapter 13 Case No. 17-13227-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,554.00 | Current Monthly Payment: | $384.00 |
| Paid to Claims: | $44,968.02 | Arrearages: | $384.00 |
| Paid to Trustee: | $4,212.39 | Total Plan Base: | $52,626.00 |
| Funds on Hand: | $373.59 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.