Certificate Number: 17082-PAE-DE-037849739

Bankruptcy Case Number: 17-13227



17082-PAE-DE-037849739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2023, at 1:45 o'clock PM MST, ARTHUR A DELBIANCO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 14, 2023            By:   /s/Orsolya K Lazar

                                    Name: Orsolya K Lazar

                                    Title: Executive Director