B2830 (Form 2830)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **ARTHUR ANTHONY DELBIANCO,**  :  **Chapter 13**
aka Arthur A. Delbianco, aka  :  Case No. **17-bk-13227-pmm**
Arthur Delbianco,  :
　　　　　Debtor  :

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*
Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑　　I owed no domestic support obligation when I filed my bankruptcy petition, and I
　　　have not been required to pay any such obligation since then.

☐　　I am or have been required to pay a domestic support obligation.  I have paid all such
　　　amounts that my chapter 13 plan required me to pay.  I have also paid all such
　　　amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*
My current address: N/A
My current employer and my employer's address: N/A

*Part III. Certification Regarding Section 522(q) (check no more than one)*
Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑　　I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1)
　　　in property that I or a dependent of mine uses as a residence, claims as a
　　　homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that
　　　exceeds $155,675* in value in the aggregate.

❑　　I have claimed an exemption in property pursuant to § 522(b)(3) and state or local
　　　law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or
　　　acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675*
　　　in value in the aggregate.

*Part IV. Debtor's Signature*
　　　I certify under penalty of perjury that the information provided in these certifications
is true and correct to the best of my knowledge and belief.

Executed on　October 31, 2023　　　　　　　　/s/ Arthur Anthony Delbianco
　　　　　　　Date　　　　　　　　　　　　**ARTHUR ANTHONY DELBIANCO**, Debtor