United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 17-13227-pmm

Arthur Anthony Delbianco                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 3

Date Rcvd: Oct 31, 2023                  Form ID: 138OBJ                          Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Anthony Delbianco, 227 Sycamore Court, Wind Gap, PA 18091-9526 |
| 13913775 | + | Blatt Hasenmiller Leibsker & Moore, LLC, 1835 Market St Ste 501, Philadelphia, PA 19103-2933 |
| 13913776 | | County of Northampton, PO Box 25008, Lehigh Valley, PA 18002-5008 |
| 13913780 | + | King Spry Herman Freund & Faul, One W Broad St Ste 700, Bethlehem, PA 18018-5783 |
| 13913781 | + | Pen Argyl ASD Plainfield Twp, Pen Argyl Area School District, 1549 Pen Argyl Road, Pen Argyl, PA 18072-9609 |
| 13913782 | | Phelan Hallinan Diamond Jones, 1617 JFK Blvd Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13913783 | + | Plainfield Township, 1549 Pen Argyl Rd, Pen Argyl, PA 18072-9609 |
| 13913784 | + | Plainfield Twp Refuse, 6292 Sullivan Trail, Nazareth, PA 18064-9335 |
| 13913785 | + | Plainfield Twp Tax Office, Attn Susan Lieberman, 1549 Pen Argyl Road, Pen Argyl, PA 18072-9609 |
| 14648523 | + | Santander Bank N.A., C/O Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130 Mount Laurel, NJ 08054-1218 |
| 13923318 | | Santander Bank, N.A., c/o Thomas Song, Esq., 1617 JFK Boulevard, Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14160707 | | Santander Bank, N.A., (by: Dovenmuehle Mortgage, Inc.), P.O. Box 371306, Pittsburgh, PA 15250-7306 |
| 13941600 | | Santander Bank, N.A., c/o Thomas A. Capehart, Esq, 33 S. 7th Street, P O Box 4060, Allentown, PA 18105-4060 |
| 14268109 | + | Santander Consumer USA Inc, c/o William E. Craig, Esq., 110 Marter Ave., Ste 301, Moorestown, NJ 08057-3124 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 01 2023 00:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 01 2023 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13913773 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 01 2023 00:25:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 13956422 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 01 2023 00:26:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13913774 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2023 00:40:59 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 13913777 | | Email/Text: correspondence@credit-control.com | Nov 01 2023 00:26:00 | Credit Control LLC, PO Box 546, Hazelwood, MO 63042 |
| 13989501 | | Email/Text: bnc-quantum@quantum3group.com | Nov 01 2023 00:26:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 13913778 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 01 2023 00:26:00 | Harley Davidson Credit, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 13913779 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2023 00:26:00 | IRS, Centralized Insolvency Op, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13979539 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2023 00:26:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Oct 31, 2023 | Form ID: 138OBJ | Total Noticed: 38

| | | | |
|---|---|---|---|
| 13923727 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 01 2023 00:26:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 13913786 | Email/Text: DeftBkr@santander.us | Nov 01 2023 00:26:00 | Santander Bank, Mail Code 10-421-CN2, PO Box 12646, Reading, PA 19612-2646 |
| 13913788 | + Email/Text: DeftBkr@santander.us | Nov 01 2023 00:26:00 | Santander Bank NA, PO Box 841002, Boston, MA 02284-1002 |
| 13913787 | + Email/Text: DeftBkr@santander.us | Nov 01 2023 00:26:00 | Santander Bank NA, 824 N Market Street Ste 100, Wilmington, DE 19801-4937 |
| 13941234 | + Email/Text: DeftBkr@santander.us | Nov 01 2023 00:26:00 | Santander Bank, N.A., 601 Penn Street, Mail Code 10-6438-FB7, Reading, PA 19601-3563 |
| 13937595 | + Email/Text: DeftBkr@santander.us | Nov 01 2023 00:26:00 | Santander Bank, N.A., 601 Penn Street, MC 10-6438-FB7, Reading, PA 19601-3563 |
| 13914341 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:41:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13913789 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:40:48 | Synchrony Bank/Lowes, Bankruptcy Department, PO Box 965005, Orlando, FL 32896-5005 |
| 13913790 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:30:05 | Synchrony Bank/Sams Club, PO Box 965004, Orlando, FL 32896-5004 |
| 13913791 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2023 00:40:47 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14442959 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 01 2023 00:26:00 | U.S. Bank Trust National Association, ET AL, c/o SELECT PORTFOLIO SERVICING INC., Attn: Remittance Processing, PO Box 65450, SALT LAKE CITY, UT 84165-0450 |
| 14442608 | ^ MEBN | Nov 01 2023 00:21:00 | U.S. Bank Trust National Association, as Trustee f, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13937320 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 01 2023 00:26:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 13913792 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 01 2023 00:26:00 | US BK RMS CC, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM12 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. ZAC CHRISTMAN | on behalf of Debtor Arthur Anthony Delbianco zac@jzacchristman.com  office@fisherchristman.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor SANTANDER BANK  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MARIO J. HANYON | on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Dovenmuehle Mortgage  Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor SANTANDER BANK  N.A. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Arthur Anthony Delbianco

 Debtor(s)

Case No: 17–13227–pmm

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/31/23

95 – 88
Form 138OBJ