United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Arthur Anthony Delbianco  
    Debtor

Case No. 17-13227-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Nov 20, 2023      Form ID: 3180W      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Anthony Delbianco, 227 Sycamore Court, Wind Gap, PA 18091-9526 |
| 14160707 | | Santander Bank, N.A., (by: Dovenmuehle Mortgage, Inc.), P.O. Box 371306, Pittsburgh, PA 15250-7306 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 21 2023 00:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 21 2023 00:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13956422 | + | EDI: BANKAMER2 | Nov 21 2023 05:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13989501 | | EDI: Q3G.COM | Nov 21 2023 05:44:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 13913779 | | EDI: IRS.COM | Nov 21 2023 05:44:00 | IRS, Centralized Insolvency Op, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13979539 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2023 00:48:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13923727 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2023 00:48:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14442959 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 21 2023 00:48:00 | U.S. Bank Trust National Association, ET AL, c/o SELECT PORTFOLIO SERVICING INC., Attn: Remittance Processing, PO Box 65450, SALT LAKE CITY, UT 84165-0450 |
| 13937320 | | EDI: USBANKARS.COM | Nov 21 2023 05:44:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2023 | Form ID: 3180W | Total Noticed: 11 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

**Name**  **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Santander Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2019-PM12 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

J. ZAC CHRISTMAN
on behalf of Debtor Arthur Anthony Delbianco zac@jzacchristman.com office@fisherchristman.com

KELLIE LYNNE RAHL-HEFFNER
on behalf of Creditor SANTANDER BANK N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

LISA MARIE CIOTTI
on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MARIO J. HANYON
on behalf of Creditor SANTANDER BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Dovenmuehle Mortgage Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN
on behalf of Creditor Towd Point Mortgage Trust 2020-2 U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor SANTANDER BANK N.A. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Arthur Anthony Delbianco<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9262<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 17–13227–pmm | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Arthur Anthony Delbianco
  aka Arthur A. Delbianco, aka Arthur Delbianco

11/17/23                                                     **By the court:** Patricia M. Mayer
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                                 page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**