United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 17-13227-pmm

Arthur Anthony Delbianco                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Arthur Anthony Delbianco, 227 Sycamore Court, Wind Gap, PA 18091-9526 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| J. ZAC CHRISTMAN | on behalf of Debtor Arthur Anthony Delbianco zac@jzacchristman.com  office@fisherchristman.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor SANTANDER BANK  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MARIO J. HANYON | |

District/off: 0313-4                         User: admin                                    Page 2 of 2

Date Rcvd: Feb 21, 2024                      Form ID: 195                                     Total Noticed: 1

                     on behalf of Creditor Dovenmuehle Mortgage  Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON

                     on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARK A. CRONIN

                     on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM12
bkgroup@kmllawgroup.com

MICHELLE L. MCGOWAN

                     on behalf of Creditor Towd Point Mortgage Trust 2020-2  U.S. Bank National Association, as Indenture Trustee
mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]

                     ECFMail@ReadingCh13.com

THOMAS SONG

                     on behalf of Creditor SANTANDER BANK  N.A. tomysong0@gmail.com

United States Trustee

                     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

                     on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                          : Chapter 13


Arthur Anthony Delbianco                         : Case No. 17–13227–pmm
              Debtor(s)


## ***ORDER***
_____


     AND NOW, this day , February 21, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                             By The Court


                                             Patricia M. Mayer
                                             Judge, United States Bankruptcy Court